FILED ☑    RECEIVED
ENTERED    SERVED ON
COUNSEL/PARTIES OF RECORD

APR 24 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:16-CR-00046-GMN-PAL |
| Plaintiff, | **VERDICT FORM** |
| v. | |
| ERIC J. PARKER, O. SCOTT DREXLER, RICKY R. LOVELIEN, STEVEN A. STEWART, TODD C. ENGEL, GREGORY P. BURLESON, | |
| Defendants. | |

## VERDICT

We, the jury in the above entitled case, upon our oaths, do say:

## COUNT ONE

As to Count One of the Superseding Indictment charging Conspiracy to Commit an Offense Against the United States, in violation of Title 18, United States Code, Section 371, we, the jury, unanimously find that there was an agreement between two or more persons to commit at least one of the following crimes charged in the Superseding Indictment (choose all that apply unanimously):

1. _____ Assault on a Federal Officer, in violation of Title 18, United States Code, Section 111(a)(1) and (b);

2. _____ Threatening a Federal Law Enforcement Officer, in violation of Title 18, United States Code, Section 115(a)(1)(B);

3. _____ Use and Carry of a Firearm In Relation to a Crime of Violence, in violation of Title 18, United States Code, Section 924(c);

4. _____ Obstruction of the Due Administration of Justice, in violation of Title 18, United States Code, Section 1503;

5. _____ Interference with Interstate Commerce by Extortion, in violation of Title 18, United States Code, Section 1951;

6. _____ Interstate Travel in Aid of Extortion, in violation of Title 18, United States Code, Section 1952;

7. \_\_\_✓\_\_\_ None of the Above. If the jury chooses this answer, then the jury must find all defendants Not Guilty of Count One.

For Count One, we, the jury, unanimously find as to:

| | | |
|---|---|---|
| Gregory P. Burleson | \_✓\_ Not Guilty | \_\_\_\_\_ Guilty |
| O. Scott Drexler | \_✓\_ Not Guilty | \_\_\_\_\_ Guilty |
| Todd C. Engel | \_✓\_ Not Guilty | \_\_\_\_\_ Guilty |
| Ricky R. Lovelien | \_✓\_ Not Guilty | \_\_\_\_\_ Guilty |
| Eric J. Parker | \_✓\_ Not Guilty | \_\_\_\_\_ Guilty |
| Steven A. Stewart | \_✓\_ Not Guilty | \_\_\_\_\_ Guilty |

## COUNT TWO

As to Count Two of the Superseding Indictment charging Conspiracy to Impede or Injure a Federal Officer, in violation of Title 18, United State Code, Section 372, we, the jury, unanimously find there was an agreement between two or more persons to do the following (choose all that apply unanimously):

1. _____ to prevent, by force, intimidation, or threats, federal law enforcement officers from discharging the duties of their office under the United States;

2. _____ to induce, by force, intimidation, or threats, any federal law enforcement officer of the United States to leave the place where their duties were required to be performed;

3. __✓__ None of the Above. If the jury chooses this answer, then the jury must find all defendants Not Guilty of Count Two.

For Count Two, we, the jury, unanimously find as to:

| Defendant | Verdict | |
|---|---|---|
| Gregory P. Burleson | __✓__ Not Guilty | _____ Guilty |
| O. Scott Drexler | __✓__ Not Guilty | _____ Guilty |
| Todd C. Engel | __✓__ Not Guilty | _____ Guilty |
| Ricky R. Lovelien | __✓__ Not Guilty | _____ Guilty |
| Eric J. Parker | __✓__ Not Guilty | _____ Guilty |
| Steven A. Stewart | __✓__ Not Guilty | _____ Guilty |

**COUNT FIVE**

As to Count Five of the Superseding Indictment charging Assault on a Federal Officer, in violation of Title 18, United State Code, Section 111(a) and (b), we, the jury, unanimously find the defendant:

| | | |
|---|---|---|
| Gregory P. Burleson | _____ Not Guilty | __✓__ Guilty |
| O. Scott Drexler | _____ Not Guilty | _____ Guilty |
| Todd C. Engel | _____ Not Guilty | _____ Guilty |
| Ricky R. Lovelien | _____ Not Guilty | _____ Guilty |
| Eric J. Parker | _____ Not Guilty | _____ Guilty |
| Steven A. Stewart | _____ Not Guilty | _____ Guilty |

**COUNT SIX**

As to Count Six of the Superseding Indictment charging Use and Carry of a Firearm During and in Relation to a Crime of Violence [Count Five – Assault on a Federal Officer], in violation of Title 18, United State Code, Section 924(c), we, the jury, unanimously find as to:

**Gregory P. Burleson** _____ Not Guilty __✓__ Guilty

If the jury finds the defendant Guilty of Count Six of the Superseding Indictment, the jury must also answer the following question:

a. We, the jury, unanimously find that the firearm was brandished:

____ No __✓__ Yes

**O. Scott Drexler** _____ Not Guilty _____ Guilty

If the jury finds the defendant Guilty of Count Six of the Superseding Indictment, the jury must also answer the following question:

a. We, the jury, unanimously find that the firearm was brandished:

____ No ____ Yes

**Todd C. Engel** _____ Not Guilty _____ Guilty

If the jury finds the defendant Guilty of Count Six of the Superseding Indictment, the jury must also answer the following question:

a. We, the jury, unanimously find that the firearm was brandished:

\_\_\_\_ No     \_\_\_\_ Yes

**Ricky R. Lovelien** _____ Not Guilty _____ Guilty

If the jury finds the defendant Guilty of Count Six of the Superseding Indictment, the jury must also answer the following question:

a. We, the jury, unanimously find that the firearm was brandished:

\_\_\_\_ No     \_\_\_\_ Yes

**Eric J. Parker** _____ Not Guilty _____ Guilty

If the jury finds the defendant Guilty of Count Six of the Superseding Indictment, the jury must also answer the following question:

a. We, the jury, unanimously find that the firearm was brandished:

\_\_\_\_ No     \_\_\_\_ Yes

**Steven A. Stewart** _____ Not Guilty _____ Guilty

If the jury finds the defendant Guilty of Count Six of the Superseding Indictment, the jury must also answer the following question:

a. We, the jury, unanimously find that the firearm was brandished:

\_\_\_\_ No     \_\_\_\_ Yes

## COUNT EIGHT

As to Count Eight of the Superseding Indictment charging Threatening a Federal Law Enforcement Officer, in violation of Title 18, United State Code, Section 115, we, the jury, unanimously find the defendant:

| Defendant | Not Guilty | Guilty |
|---|---|---|
| Gregory P. Burleson | ___ | ✓ |
| O. Scott Drexler | ___ | ___ |
| Todd C. Engel | ___ | ___ |
| Ricky R. Lovelien | ___ | ___ |
| Eric J. Parker | ___ | ___ |
| Steven A. Stewart | ___ | ___ |

## COUNT NINE

As to Count Nine of the Superseding Indictment charging Use and Carry of a Firearm During and in Relation to a Crime of Violence [Count Eight – Threatening a Federal Law Enforcement Officer], in violation of Title 18, United State Code, Section 924(c), we, the jury, unanimously find as to:

**Gregory P. Burleson** ___ Not Guilty ✓ Guilty

If the jury finds the defendant Guilty of Count Nine of the Superseding Indictment, the jury must also answer the following question:

a. We, the jury, unanimously find that the firearm was brandished:

___ No    ✓ Yes

6

**O. Scott Drexler**  _____ Not Guilty  _____ Guilty

If the jury finds the defendant Guilty of Count Nine of the Superseding Indictment, the jury must also answer the following question:

   a. We, the jury, unanimously find that the firearm was brandished:

   _____ No  _____ Yes

**Todd C. Engel**  _____ Not Guilty  _____ Guilty

If the jury finds the defendant Guilty of Count Nine of the Superseding Indictment, the jury must also answer the following question:

   a. We, the jury, unanimously find that the firearm was brandished:

   _____ No  _____ Yes

**Ricky R. Lovelien**  _____ Not Guilty  _____ Guilty

If the jury finds the defendant Guilty of Count Nine of the Superseding Indictment, the jury must also answer the following question:

   a. We, the jury, unanimously find that the firearm was brandished:

   _____ No  _____ Yes

**Eric J. Parker**  _____ Not Guilty  _____ Guilty

If the jury finds the defendant Guilty of Count Nine of the Superseding Indictment, the jury must also answer the following question:

   a. We, the jury, unanimously find that the firearm was brandished:

   _____ No  _____ Yes

Steven A. Stewart _____ Not Guilty _____ Guilty

If the jury finds the defendant Guilty of Count Nine of the Superseding Indictment, the jury must also answer the following question:

a. We, the jury, unanimously find that the firearm was brandished:

\_\_\_\_ No    \_\_\_\_ Yes

## COUNT TWELVE

As to Count Twelve of the Superseding Indictment charging Obstruction of the Due Administration of Justice, in violation of Title 18, United State Code, Section 1503, we, the jury, unanimously find the defendant:

| Defendant | Not Guilty | Guilty |
|---|---|---|
| Gregory P. Burleson | _____ | ✓ |
| O. Scott Drexler | _____ | _____ |
| Todd C. Engel | _____ | ✓ |
| Ricky R. Lovelien | _____ | _____ |
| Eric J. Parker | _____ | _____ |
| Steven A. Stewart | _____ | _____ |

## COUNT FOURTEEN

As to Count Fourteen of the Superseding Indictment charging Interference with Interstate Commerce by Extortion, in violation of Title 18, United State Code, Section 1951, we, the jury, unanimously find the defendant:

| Defendant | Not Guilty | Guilty |
|---|---|---|
| Gregory P. Burleson | | ✓ |
| O. Scott Drexler | | |
| Todd C. Engel | | |
| Ricky R. Lovelien | | |
| Eric J. Parker | | |
| Steven A. Stewart | | |

## COUNT FIFTEEN

As to Count Fifteen of the Superseding Indictment charging Use and Carry of a Firearm During and in Relation to a Crime of Violence [Count Fourteen – Interference with Interstate Commerce by Extortion], in violation of Title 18, United State Code, Section 924(c), we, the jury, unanimously find as to:

**Gregory P. Burleson** _____ Not Guilty    ✓ Guilty

If the Jury finds the defendant Guilty of Count Fifteen of the Superseding Indictment, the jury must also answer the following question:

a. We, the jury, unanimously find that the firearm was brandished:

\_\_\_\_ No    ✓ Yes

**O. Scott Drexler**   _____ Not Guilty   _____ Guilty

If the Jury finds the defendant Guilty of Count Fifteen of the Superseding Indictment, the jury must also answer the following question:

   a.  We, the jury, unanimously find that the firearm was brandished:

    \_\_\_\_\_ No     \_\_\_\_\_ Yes

**Todd C. Engel**   _____ Not Guilty   _____ Guilty

If the Jury finds the defendant Guilty of Count Fifteen of the Superseding Indictment, the jury must also answer the following question:

   a.  We, the jury, unanimously find that the firearm was brandished:

    \_\_\_\_\_ No     \_\_\_\_\_ Yes

**Ricky R. Lovelien**   _____ Not Guilty   _____ Guilty

If the Jury finds the defendant Guilty of Count Fifteen of the Superseding Indictment, the jury must also answer the following question:

   a.  We, the jury, unanimously find that the firearm was brandished:

    \_\_\_\_\_ No     \_\_\_\_\_ Yes

**Eric J. Parker**   _____ Not Guilty   _____ Guilty

If the Jury finds the defendant Guilty of Count Fifteen of the Superseding Indictment, the jury must also answer the following question:

   a.  We, the jury, unanimously find that the firearm was brandished:

    \_\_\_\_\_ No     \_\_\_\_\_ Yes

| | | | |
|---|---|---|---|
| **Steven A. Stewart** | _____ Not Guilty | _____ Guilty | |

If the Jury finds the defendant Guilty of Count Fifteen of the Superseding Indictment, the jury must also answer the following question:

a. We, the jury, unanimously find that the firearm was brandished:

_____ No          _____ Yes

### COUNT SIXTEEN

As to Count Sixteen of the Superseding Indictment charging Interstate Travel in Aid of Extortion, in violation of Title 18, United State Code, Section 1952, we, the jury, unanimously find the defendant:

| | | |
|---|---|---|
| Gregory P. Burleson | _____ Not Guilty | ✓ Guilty |
| O. Scott Drexler | _____ Not Guilty | _____ Guilty |
| Todd C. Engel | _____ Not Guilty | ✓ Guilty |
| Ricky R. Lovelien | _____ Not Guilty | _____ Guilty |
| Eric J. Parker | _____ Not Guilty | _____ Guilty |
| Steven A. Stewart | _____ Not Guilty | _____ Guilty |

So say we all.

DATED this 24 day of APRIL, 2017.

_____
JURY FOREPERSON

11