Mark D. Eibert (Bar # 116570)
Attorney at Law
P. O. Box 1126
Half Moon Bay, CA 94019-1126
Telephone: (650) 638-2380
Fax: (650) 712-8377

Attorney for: Defendant Gregory Burleson

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES, | No. 2:16-cr-046-GMN-PAL |
| Plaintiff, | |
| vs. | STIPULATION FOR EXTENSION OF TIME TO FILE DEFENDANT'S REPLY TO GOVERNMENT'S OPPOSITION TO MOTION FOR NEW TRIAL AND/OR DISMISSAL WITH PREJUDICE (E.C.F. No. 3448) |
| GREGORY BURLESON, | |
| Defendant. | |

**CERTIFICATION: This Stipulation is timely filed.**

IT IS HEREBY STIPULATED AND AGREED by and between Nicholas A. Trutanich, United States Attorney, and Nancy Olson, Assistant United States Attorney, counsel for the United States of America, and Mark D. Eibert, counsel for Defendant Gregory Burleson, that the deadline for the government to respond to defendant's Motion For New Trial and/or Dismissal with Prejudice (ECF No. 3422) ("Motion") be extended to on or before **May 31, 2019**.

This stipulation is entered into for the following reasons:

1. The current due date gives the defense only seven days to Reply to a Response that the government had two months and four days to prepare, based on a stipulation by the parties that was granted by the Court.

2. Defense counsel, who is a sole practitioner, requests an extension of time to the requested date based on his other commitments to this and other courts and his need to confer with the defendant, who is incarcerated on the East Coast.

3. The additional time requested herein is not sought for purposes of delay, but merely to allow the defense adequate time to prepare a Reply to the Response, taking into account due diligence.

4. This is the first request to continue the defendant's Reply deadline.

**WHEREFORE**, the parties respectfully request that the Court accept this Stipulation and enter an Order requiring the defense to file its Reply to the government's Response to the pending Motion for New Trial and/or Dismissal with Prejudice on or before **May 31, 2019**. For the convenience of the Court, a draft Order has been prepared and is attached to this Stipulation.

DATED this 29th day of March, 2019.

| // s // Nancy Olson | // s // Mark D. Eibert |
|---|---|
| NANCY OLSON | MARK D. EIBERT |
| Assistant United States Attorney | Counsel for Defendant Gregory Burleson |
| Counsel for the United States | |

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that his business mailing address is P. O. Box 1126, Half Moon Bay, CA 94019, that he is not a party to this action, that he is a citizen of the United States of such age and discretion to be competent to serve papers, and that on the below date he caused a true and accurate copy of

STIPULATION FOR EXTENSION OF TIME AND [PROPOSED] ORDER RE SAME

To be served via ECF on the United States District Court, which will e-serve

To be served via ECF on the United States District Court, which will e-serve counsel of record in this case, including the following:

NICHOLAS A. TRUTANICH
United States Attorney
STEVEN MYHRE
Assistant United States Attorney
DANIEL SCHIESS
Assistant United States Attorney
NANCY M. OLSON
Assistant United States Attorney
ELIZABETH O. WHITE
Chief, Appellate Division
United States Attorney's Office

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief. Executed on March 29, 2019 at Half Moon Bay, California.

*/s/ Mark D. Eibert*
---------------------------------------------

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

|  |  |  |
|---|---|---|
| UNITED STATES, | ) | No. 2:16-cr-046-GMN-PAL |
| Plaintiff, | ) | |
| vs. | ) | |
| GREGORY BURLESON, | ) | **ORDER** |
| Defendant. | ) | |

This matter coming on the parties' Stipulation for Extension of Time to File Defendant's Reply to Government's Opposition to Motion for New Trial and/or Dismissal with Prejudice (E.C.F. No. 3448), the Court having considered the premises therein, and good cause showing, the Court accepts the parties' Stipulation.

It is **ORDERED** that the defendant will file its Reply to the government's Response (E.C.F. No. 3448) on or before **May 31, 2019.**

Dated this  30  day of March, 2019.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT