NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
STEVEN W. MYHRE
Nevada Bar No. 9635
Assistant United States Attorneys
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Steven.Myhre@usdoj.gov
Attorneys for the United States

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY P. BURLESON,<br><br>Defendant. | 2:16-CR-00046-GMN-NJK-16<br><br>**STIPULATION TO CONTINUE GOVERNMENT'S RESPONSE TO DEFENDANT'S EMERGENCY MOTION FOR MODIFICATION OF SENTENCE AND COMPASSIONATE RELEASE AND PROPOSED ORDER (FIRST REQUEST)** |

The undersigned parties respectfully submit the following Stipulation and Proposed Order for the Court's consideration.

1. On July 28, 2017, defendant Burleson was sentence to, *inter alia*, a term of imprisonment of 819 months. ECF No. 2220.

2. Defendant Burleson is presently serving his sentence at USP Coleman II in Florida.

3. On January 29, 2021, the defendant filed with this Court, his Emergency Motion For Modification of Sentence and Compassionate Release ("Motion"). ECF No. 3522.

4. The date for the filing of the government's Response to the Motion was docketed via CM/ECF for **February 5, 2021**.

5. Due to scheduling conflicts for government counsel, the government seeks an extension of time to file its Response to on or before **March 1, 2021**.

6. Defendant Burleson, through counsel, agrees to this extension.

7. This is the first request for an extension of time.

**WHEREFORE**, the parties respectfully request that the Court accept this Stipulation and enter an Order, vacating the filing date for the Government's Response to Defendant's Motion, presently set for **February 5, 2021**, and continuing the filing date to on or before **March 1, 2021.** The parties submit the attached Proposed Order for the Court's consideration.

**DATED** this 3rd day of February, 2021.

Respectfully submitted,

NICHOLAS A. TRUTANICH
United States Attorney

/s/ *Steven W. Myhre*                                    /s/ *Mark D. Eibert*
_____          _____
STEVEN W. MYHRE                                    MARK D. EIBERT, Esq.
Assistant United State Attorney                    Counsel for Defendant Burleson
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>v.<br><br>GREGORY P. BURLESON,<br><br>                Defendant. | 2:16-CR-00046-GMN-NJK-16<br><br>**ORDER** |

This matter coming on the parties' Stipulation to Continue Government's Response to Defendant's Emergency Motion for Modification of Sentence and Compassionate Release (ECF No. 3522) ("Motion"), the Court having considered the premises therein, and for good cause shown, the Court accepts the Stipulation and **ORDERS** as follows:

1. The filing date for the Government's Response to defendant Burleson's Motion, presently set for February 5, 2021, is **VACATED** and **CONTINUED**;

2. The Government's Response shall be filed on or before **March 1, 2021**.

**IT IS SO ORDERED.**

Dated this __4__ day of February, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

3