Mark D. Eibert (Bar # 116570)
Attorney at Law
P. O. Box 1126
Half Moon Bay, CA 94019-1126
Telephone: (650) 638-2380
Fax: (650) 712-8377

Attorney for: Defendant Gregory Burleson

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES,<br><br>    Plaintiff,<br><br>    vs.<br><br>GREGORY BURLESON,<br><br>    Defendant. | No. 2:16-cr-046-GMN-NJK<br><br>STIPULATION FOR EXTENSION OF TIME TO FILE DEFENDANT'S REPLY TO GOVERNMENT'S RESPONSE TO DEFENDANT'S EMERGENCY MOTION FOR MODIFICATION OF SENTENCE AND COMPASSIONATE RELEASE AND PROPOSED ORDER (E.C.F. No. 3448) |

**CERTIFICATION: This Stipulation is timely filed.**

IT IS HEREBY STIPULATED AND AGREED by and between Christopher Choiu, Acting, United States Attorney, and Steven Myhre, Assistant United States Attorney, counsel for the government, and Mark D. Eibert, counsel for the defendant Gregory Burleson, that the deadline for the defense to file a reply to the government's Response to Defendant's Emergency Motion for Modification of Sentence and Compassionate Release (ECF No. 3529) be extended from its current due date of March 22, 2021 to on or before **April 5, 2021,** a total extension of 14 days.

This stipulation is entered into for the following reasons:

1. On January 29, 2021, Defendant Burleson filed his motion for compassionate release. E.C.F. No. 3522.

2. On February 3, the parties filed a stipulation agreeing to a 24 day extension of time for the government to file its response to that motion due to government counsel's scheduling conflicts. E.C.F. No. 3523. That stipulation was granted the following day. E.C.F. No. 3524.

3. On March 1, 2021 the government filed its response to the compassionate release motion. E.C.F. no. 3529.

4. Due to the need to get the government's response to the defendant in prison in Florida, consult with him, and then possibly get a new declaration sent to him and returned, and due also to defense counsel's schedule on other matters, defense counsel requested a first, 14 day extension of time to and including March 22, 2021 to file his reply.

5. Upon receiving the government's brief, undersigned counsel immediately sent Mr. Burleson a copy via Priority Mail. When after some time had passed he had not yet received it (common with prison mail), I sent a second copy by overnight mail. Since I learned that he had finally received it, defense counsel has been repeatedly attempting to arrange a legal call to obtain Mr. Burleson's input, including calling the prison each day for the past five days; I have still been unable to reach a person who could arrange such a call. Today, for the first time, a few days before the current due date, I was able to speak with Mr. Burleson. Our conversations are ongoing, since they are limited to 10 minutes each, requiring multiple calls. In the first such call, Mr. Burleson raised some issues that will require additional research, and possibly result in sending him a declaration. For these reasons, and taking into account defense counsel's two other compassionate release briefs due on March 29 and April 2, defendant is respectfully requesting a second 14 day extension of time to file his reply.

6. This request is not for the purpose of delay. One prior 14 day extension has been requested and granted for this reply brief. Defendant Greg Burleson is currently serving an 819 month federal prison sentence in USP Coleman II in Florida.

7. Government counsel, AUSA Steven Myhre, agrees to this extension.

**WHEREFORE**, the parties respectfully request that the Court accept this Stipulation and enter an Order requiring the defense to file its Reply to the government's Response to the defendant's compassionate release motion on or before **April 5, 2021**. For the convenience of the Court, a draft Order has been prepared and is attached to this Stipulation.

DATED this 17th day of March, 2021.

// s // *Steven Myhre*
STEVEN MYHRE
Assistant United States Attorney
Counsel for the United States

// s // *Mark D. Eibert*
MARK D. EIBERT
Counsel for Defendant Gregory Burleson

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES,<br><br>    Plaintiff,<br><br>    vs.<br><br>GREGORY BURLESON,<br><br>    Defendant. | No. 2:16-cr-046-GMN-NJK<br><br>**ORDER** |

This matter coming on the parties' Stipulation for Extension of Time to File Defendant's Reply to Government's Response to the defendant's compassionate release motion (E.C.F. No. 3522, 3529), the Court having considered the premises therein, and for good cause shown, the Court accepts the Stipulation and **ORDERS** as follows:

1. The filing date for the defendant's reply, presently set for March 22 is **VACATED** and **CONTINUED:**

2. The defendant's reply shall be filed on or before **April 5, 2021.**

            **IT IS SO ORDERED**.

Dated this __17__ day of March, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that his business mailing address is P. O. Box 1126, Half Moon Bay, CA 94019, that he is not a party to this action, that he is a citizen of the United States of such age and discretion to be competent to serve papers, and that on the below date he caused a true and accurate copy of

STIPULATION FOR EXTENSION OF TIME AND PROPOSED ORDER

To be served via ECF on the United States District Court, which will e-serve counsel of record in this case, including the following:

STEVEN MYHRE, ESQ.
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, NV 89101

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.  Executed on March 17, 2021 at Half Moon Bay, California.

*/s/ Mark D. Eibert*
---------------------------------------------