Mark D. Eibert
Attorney at Law
P. O. Box 1126
Half Moon Bay, CA 94019-1126
Telephone (650) 638-2380
Facsimile (650) 712-8377

Attorney for Defendant/Appellant Gregory Burleson

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:16-cr-046-GMN-PAL |
| Plaintiff-Appellee, | ) | DEFENDANT GREGORY BURLESON'S |
| vs. | ) | ***CORRECTED*** |
| GREGORY BURLESON, | ) | (1) UNOPPOSED MOTION TO UNSEAL CERTAIN DOCUMENTS FOR USE IN PENDING APPEAL; AND |
| Defendant-Appellant. | ) | (2) UNSEAL OTHER DOCUMENTS PUBLICLY, AND |
| | ) | (3) DECLARATION OF MARK D. EIBERT IN SUPPORT THEREOF |

I, Mark D. Eibert, declare as follows:

    1.  I am an attorney at law duly admitted to the Bar of this Court, and I am the appointed appellate attorney of record for defendant-appellant Gregory Burleson.  If called as a witness, I could and would testify to the facts recited in this Declaration from personal knowledge.

    2.  Mr. Burleson is currently serving a federal prison sentence of 68 years and three months.  Sentence was imposed by this Court (the Hon. Gloria M. Navarro) on July 28, 2017.  A timely appeal was filed, and I was appointed under the Criminal Justice Act to handle the appeal, Ninth Circuit Case Number 17-10183.  That appeal was ultimately stayed and I was appointed to handle Mr. Burleson's motion for new trial and his separately filed motion for compassionate release.  Upon the denial of the motion for new trial and part of the motion for compassionate

release, a second notice of appeal was filed, Ninth Circuit Case No. No. 21-10183.  The two appeals were later consolidated and undersigned counsel is briefing them both.

3.  I believe the following documents, all of which were filed under seal in the district court, are relevant to and necessary for Mr. Burleson's pending appeal.  Although defendants already have copies of most if not all of the following, we need *file stamped* copies of each of them in order to offer them to the Ninth Circuit for its review in our Excerpts of Record.  They are:

a. The two Wooten memos.  The first was filed under seal by the government at E.C.F. No. 2939.  The second one was filed under seal at E.C.F. No. 3217.  Also I believe at E.C.F. No. 3250, which was defendant Engle's Motion to Depose and Request Documents of Mr. Wooten, as well as filed separately under seal for *in camera ex parte* review by the government in connection with its Motion for Protective Order for March 9, 2018 E-mail Communication, at E.C.F. No. 3216.

b. The pleadings, attachments and Order that were filed under seal relating to Mr. Burleson's motion to compel discovery.  These are found at E.C.F. Nos. 3461, 3465, 3466, 3478, 3476, 3477, 3478, 3479 and 3480.

c. The videotape of the Longbow interview of Mr. Burleson and the audiotape of the Caputo telephone call, which were filed with the Court under seal at E.C.F. No. 1072 on December 5, 2016.

d. Defendant Ryan Payne's Motion to Dismiss Based on Discovery Provided November 21, 2017, and all Exhibits and attachments thereto, filed under seal at E.C.F. No. 2906.

e. Defendant Burleson's motion for new trial (at E.C.F. No. 3422, filed January 25, 2019) and his reply to the government's response to that motion (E.C.F. No. 3487, filed on February 14, 2020), and the various declarations and exhibits filed therewith, also filed under seal.  Undersigned counsel now understands that the motion for new trial and reply were filed under seal unnecessarily, due to counsel's due to a misunderstanding of the Court's prior sealing orders. Undersigned counsel requested at page 23 of the motion for new trial that the Court order

the motion and exhibit unsealed.  The government's response to that motion was filed *not* under seal. Undersigned counsel therefore respectfully requests that these two documents (and only these documents) be unsealed for all purposes.

4.  Filed herewith is a proposed Order allowing the documents listed above to be unsealed and file-stamped copies provided by the Clerk to counsel for both parties, with the documents listed in paragraphs 3(a)-(d) be limited to ___only___ **the** use by defendant's appellate counsel, the government's appellate counsel, and appellant, and ___only___ for the sole purpose of preparing the appeal.  The proposed Order further specifies that if counsel for either party deems it advisable to file any or all of these documents with the Ninth Circuit, they shall be filed under seal with the Ninth Circuit.  The Proposed Order further specifies that the documents shall be limited to counsel for both parties and the appellant for this purpose, and prohibits dissemination to anyone else for any other purpose.

5.  I hereby request that this Court enter an Order unsealing these documents in this case, and directing the Clerk to provide file-stamped copies to counsel for both parties, under the terms set forth above and the proposed Order filed herewith.

7.  Assistant U. S. Attorney Elizabeth O. White, counsel for the government in both this Court and the pending Ninth Circuit Appeal, has graciously indicated that the government does not oppose this motion.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.  Executed at Half Moon Bay, California on April 30, 2022.

Respectfully submitted,

*/s/ Mark D. Eibert*

Mark D. Eibert
Attorney for
Defendant-Appellant Gregory Burleson

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that his business mailing address is P. O. Box 1126, Half Moon Bay, CA 94019, that he is not a party to this action, that he is a citizen of the United States of such age and discretion to be competent to serve papers, and that on the below date he caused a true and accurate copy of

MOTION TO UNSEAL AND PROPOSED ORDER THEREFORE

To be served via ECF on the United States District Court, which will e-serve

Steven Myhre, Esq.
Assistant U.S. Attorney Attorney for Plaintiff
U.S. Attorney's Office
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, NV 89101

ELIZABETH O. WHITE, ESQ. Attorney for Plaintiff
Chief, Appellate Division
Elizabeth.O.White@usdoj.gov
United States Attorney's Office
400 South Virginia Street, Suite 900
Reno, NV 89501

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief. Executed on April 30, 2022 at Half Moon Bay, California.

*/s/ Mark D. Eibert*

--------------------------------------------

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:16-cr-046-GMN |
| Plaintiff-Appellee, | ***CORRECTED*** |
| vs. | [PROPOSED] ORDER TO UNSEAL DOCUMENTS FOR USE IN PENDING APPEAL |
| GREGORY BURLESON, | |
| Defendant-Appellant. | |

## <u>ORDER</u>

Good cause appearing therefore, it is hereby ORDERED as follows:

1. The sealed documents and video and audio recordings referred to in numbered paragraph 3 (a)-(e) of Defendant's Motion to Unseal Certain Documents For Use in Pending Appeal shall be unsealed for the use of the defendant, his appellate counsel, and government counsel, and the Clerk of the Court shall forward file-stamped copies of each to defense counsel Mark Eibert and government counsel Elizabeth White as soon as practicable.  The documents listed in paragraph 3(a)-(d) of the motion shall be used <u>only</u> for the purpose of the preparation, prosecution and defense of Mr. Burleson's Ninth Circuit appeals; the documents listed in paragraph 3(e) shall also be unsealed for all purposes, including on PACER.

2. Dissemination of the documents and recordings in paragraphs 3(a)-(d) shall be limited to the defendant and counsel for both parties in the appeals and solely for the purposes of

prosecuting or defending the appeals.  Further dissemination to anyone else for any other purpose without prior court order is prohibited.

    3.  Should counsel for either party wish to file any or all of the above documents in the appeal, they shall be filed under seal with the Ninth Circuit.

    4.  The Clerk of the Court shall provide *file stamped* copies all of the above documents and recordings to defense counsel Mark D. Eibert, and to government counsel AUSA Elizabeth O. White, Esq.

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** that Defendant's [3564]
Motion to Unseal is **DENIED as moot**.

Dated this  25   day of May, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT