UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 24 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>GREGORY P. BURLESON,<br><br>Defendant - Appellant. | No. 17-10319<br><br>D.C. No. 2:16-cr-00046-GMN-PAL-16<br>U.S. District Court for Nevada, Las Vegas<br><br>**MANDATE** |
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>GREGORY P. BURLESON,<br><br>Defendant - Appellant. | No. 21-10183<br><br>D.C. No. 2:16-cr-00046-GMN-NJK-16<br>U.S. District Court for Nevada, Las Vegas |

The judgment of this Court, entered May 24, 2023, and amended August 16, 2023, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT