# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

GREGORY P. BURLESON,

        Defendant.

Case No.: 2:16-cr-00046-GMN-NJK-16

**ORDER**

Pending before the Court is the Unopposed Motion for Extension of Time, (ECF No. 3620), and Motion for Reconsideration, (ECF No. 3622), filed by Defendant Gregory P. Burleson. In his Motion for Reconsideration, Defendant requests that the Court reconsider its Order Denying Defendant's Motion to Vacate, Set Aside, or Correct Sentence, (ECF No. 3621), because the motion was not fully briefed. In his Unopposed Motion for Extension of Time, Defendant requests that the Court allow him a 14-day extension to file his Reply due to confusion regarding the Reply deadline.

Accordingly,

**IT IS HEREBY ORDERED** that the Court withdraws its Order Denying Defendant's Motion to Vacate, Set Aside, or Correct Sentence, (ECF No. 3621), because it was premature.

**IT IS FURTHER ORDERED** that Defendant's Unopposed Motion for Extension of Time, (ECF No. 3620), is **GRANTED**. Defendant shall have 14 days from the date of this Order to file his Reply to his Motion to Vacate, Set Aside, or Correct Sentence. The Court defers ruling on the Motion to Vacate, Set Aside, or Correct Sentence, (ECF No. 3605), until it is fully briefed.

///

///

**IT IS FURTHER ORDERED** that Defendant's Motion for Reconsideration, (ECF No. 3622), is **DENIED as MOOT**.

Dated this __28__ day of March, 2025.

_____
Gloria M. Navarro, District Judge
United States District Court